**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 18-6910

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

NOEL KENYON REDD, a/k/a Noel Kenya Redd, a/k/a Bobby,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:10-cr-00010-D-1)

Submitted: November 29, 2018          Decided: December 4, 2018

Before DUNCAN and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Noel Kenyon Redd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noel Kenyon Redd appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Redd*, No. 7:10-cr-00010-D-1 (E.D.N.C. July 17, 2018). We deny as unnecessary Redd's request for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*